**BENDIT WEINSTOCK**
**William L. Gold, Esq. (WG-4873)**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
80 MAIN STREET, Suite 260
WEST ORANGE, N.J. 07052
(973) 736-9800
Attorneys for Plaintiffs
Our File #43102-WLG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM JOYNER and LORI JOYNER, his wife | : |
| Plaintiffs, | : Civil Action No. 2:15-cv-02704-JLL-JAD |
| -vs- | : |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF VETERANS AFFAIRS - NEW JERSEY HEALTH CARE SYSTEM, THE DEPARTMENT OF VETERANS AFFAIRS, PHILLIP BAHRAMIPOUR, M.D., JOHN AND JANE DOES 1-20 (said names being fictitious, true names presently unknown) and XYZ COMPANIES 1-20 (said names being fictitious, true names presently unknown), | : PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE |
| Defendants. | : |

Plaintiffs, William Joyner and Lori Joyner, pursuant to the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the complaint, without prejudice, against defendants, The

United States of America, Department of Veterans Affairs - New Jersey Health Care System, The Department of Veterans Affairs, and Philip Bahramipour, M.D.

Respectfully submitted,
Bendit Weinstock, P.A.
William L. Gold (WG-4873)
80 Main Street, Suite 260
West Orange, NJ 07052
Tel. 973-736-9800
Fax 973-325-3115
Email:wgold@benditweinstock.com


/s/ William L. Gold
WILLIAM L. GOLD

Dated: July 20, 2015

SO ORDERED:

DATED: 7/20/15

2